IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| THOMAS E. PEREZ, Secretary of Labor, United States Department of Labor; <br><br> Plaintiff, <br><br> vs. <br><br> BM HOTELS, INC., BONEY CORP., NANA CORP., JM HOTELS, INC., VARAHA, INC., VYARA INC., AND MUKESH PATEL, an individual; <br><br> Defendants. | **4:15CV3013** <br><br> **ORDER** |

IT IS ORDERED:

1) A telephonic conference with the undersigned magistrate judge will be held on January 28, 2016 at 4:30 p.m. to discuss the final terms of the parties' settlement agreement. The parties' attorneys and their settlement conference representatives shall participate in the conference.

2) To participate in the conference call:

   Dial 1-877--336--1828
   Enter access code: 5957780
   Enter security code: 3013 and press the # key
   Press (1) to accept, (2) to reenter.

3) Counsel shall distribute these instructions to their respective client representatives.

January 28, 2016.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge